UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Joseph Kielbauch, et al., <br><br> Plaintiff, <br><br> vs. <br><br> Suburban Propane LP, <br><br> Defendant | ) Case No.: 2:08-cv-00997-MJP <br> ) Judge Marsha J. Pechman <br> ) <br> ) <br> ) <br> ) JOINT STATUS REPORT <br> ) <br> ) <br> ) |

COME NOW THE attorneys for the parties above named and make to this Court a Joint Status Report Pursuant to the Order of the above Court dated August 4, 2008, as follows, responding to the following information by corresponding paragraph numbers:

1. A statement of the nature and complexity of the case.

JOINT STATUS REPORT

PAGE - 1

DORE & DORE, P.S.
1122 W James St.
Kent WA 98032
(253)850-6411

1. This is a claim by Joseph Kielbauch regarding disability discrimination and retaliation defendant denies liability. This case is not expected to be unusually complex.

2. The parties are in agreement to private ADR mediation.

3. The parties agree that mediation deadline with private ADR should be at or before the close of discovery.

4. The parties believe that the deadline for joining additional parties is 30 days from the date the order is signed.

5. Discovery is ongoing and can be completed using the applicable rulesy June 1, 2009. The parties anticipate proceeding in good faith to resolve any discovery disputes.

6. Discovery should be completed by June 1, 2009.

7. The defendant would agree to a full-time magistrate, however, the plaintiff does not agree to a full-time magistrate to conduct all proceedings.

8. The parties do not believe the case should be bifurcated.

9. The parties anticipate pretrial statements and pretrial orders called for by local rules CR 16 (e), (h), (i), and (1), and 16.1 should be dispensed with and the parties just provide witness and exhibit lists and objections.

10. No other suggestion for shortening or simplifying the case at this time.

11. The case should be ready for trial October 1, 2009

12. The case should be a jury trial.

13. The trial is anticipated to take 4 to 5 days.

JOINT STATUS REPORT

PAGE - 2

DORE & DORE, P.S.
1122 W James St.
Kent WA 98032
(253)850-6411

14. The names, addresses, and telephone numbers of all trial counsel are as follows:

James J. Dore, Jr.
Dore & Dore, P.S.
1122 W. James St.
Kent, WA 98032
(253) 850-6411

Richard Omata
Karr Tuttle Campbell
1201 Third Ave, Suite 2900
Seattle, WA 98101
(206)223-1313

Dated this 15th day of September, 2008.

DORE & DORE, P.S.

_____
James J. Dore, Jr., WSBA #22106
Attorney for Plaintiffs

KARR TUTTLE CAMPBELL

_____
Richard Omata, WSBA #7032
Attorney for Defendants

JOINT STATUS REPORT

PAGE - 3

DORE & DORE, P.S.
1122 W James St.
Kent WA 98032
(253)850-6411